# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ELLIS, an individual, | CASE NO. CV12-07233 SJO (CWx) |
| Plaintiff, | DISCOVERY MATTER |
| v. | Referred to Magistrate Judge Carla Woehrle |
| CITY OF LOS ANGELES; OFFICER C. RILEY, BADGE NO. 40403, individually and in his capacity as a Los Angeles police officer; OFFICER SOLIS, BADGE NO. 37550, individually and in his capacity as a Los Angeles police officer; and DOES 1 THROUGH 10, inclusive, | *[PROPOSED] PROTECTIVE ORDER RE: PRIVILEGED DOCUMENTS AND THINGS* |
| Defendants. | |

IT IS SO ORDERED.  The Stipulation for Protective Order is hereby approved and shall govern the disclosure in this action of all "Confidential Information," as that term is described in the foregoing Stipulation.

DATED: April 12, 2013

_____
HON. CARLA WOERHLE
United States Magistrate Judge