1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ELLIS, an individual, | CASE NO. CV12-07233 SJO (CWx) |
| Plaintiff, | *Honorable S. James Otero; Courtroom 1* |
| v. | |
| | **JUDGMENT** |
| CITY OF LOS ANGELES; OFFICER C. RILEY, BADGE NO. 40403, individually and in his capacity as a Los Angeles police officer; OFFICER SOLIS, BADGE NO. 37550, individually and in his capacity as a Los Angeles police officer; and DOES 1 THROUGH 10, inclusive, | |
| Defendants. | |

This action having been tried before the Court sitting with a jury, the Honorable S. James Otero, District Judge, presiding; the issues having been duly tried and the jury having duly deliberated and rendered a unanimous verdict on May 9, 2013, in favor of the defendants:

\\\\

\\\\

\\\\

\\\\

1

1    IT IS ORDERED AND ADJUDGED that the Plaintiff DENNIS ELLIS take
2  nothing; that the action be dismissed on the merits; and that the Defendants CITY OF
3  LOS ANGELES, CAMILLE SOSA and ANTHONY SOLIS recover from the Plaintiff
4  their costs of action.

6  DATED:   July 19, 2013.                    *S. James Otero*
                                              _____
7                                              United States District Judge

2